**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RAMON GODINEZ-AVILA,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 11-72513

Agency No. A092-655-102

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 19, 2012[**]

Before:    GOODWIN, WALLACE, and FISHER, Circuit Judges.

Ramon Godinez-Avila, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to

reconsider.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of

discretion the denial of a motion to reconsider.  *Mohammed v. Gonzales*, 400 F.3d

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

785, 791 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying Godinez-Avila's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order dismissing his appeal from an immigration judge's removal order.  *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**

11-72513